UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | | |
|---|---|---|
| IN RE: | ( | |
| | ( | |
| | ( | |
| Linda Marie Gonzalez Long | ( | B-18-10674 |
| | ( | |
| Debtor | ( | |

## WITHDRAWAL OF MOTION TO DISGORGE FEES

Now Comes the United States Bankruptcy Administrator, by and through Counsel, withdraws his Motion to Disgorge Fees that was filed on July 24, 2018, (Docket No. 11), based upon the voluntary refund by Debtor's counsel of the amount of $750.00.

This the 20th day of August, 2018.

William P. Miller, Esq.
U.S. Bankruptcy Administrator

By      /s/ Sarah D. Bruce
Sarah D. Bruce
State Bar No. 32065
101 S. Edgeworth Street
Greensboro, NC   27401
(336) 358-4174

**CERTIFICATE OF SERVICE**

       This is to certify that the foregoing document was served upon the following on the date set forth below electronically (if registered on CM/ECF) or by depositing a copy of the same in the United States mail, first class, postage prepaid, and addressed as follows:

| | |
|---|---|
| Douglas Hux | via electronic filing |
| Everett Saslow | via electronic filing |
| William P. Miller | via electronic filing |

Linda M. Gonzalez Long
604 John Street
Eden, NC  27288


DATED:   August 20, 2018

                                                                  __s/ Traci D. Galloway_____
                                                                  Bankruptcy Analyst